AO 93 (Rev 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:19-cr-670 | Date and time warrant executed: 7/25/19 - 7:00 AM | Copy of warrant and inventory left with: SHAMONIQUE TAYLOR |

Inventory made in the presence of:
BRIAN ROBINSON - SA

Inventory of the property taken and name of any person(s) seized:

(1) Money Counter in Box "ROYAL SOVEREIGN"  — MASTER BEDROOM CLOSET
(2) Zip-loc containing Rubber Bands
(1) JNC GSG Firearm .22 Caliber   F382408 (Serial #)
(1) [illegible] Magazine .22 Caliber
(1) G2C Taurus Firearm 9mm   TLO94934 (Serial #)  (GRAY DODGE DURANGO)
    w/ loaded magazine and one round chambered
(1) G2C Taurus Firearm 9mm   TLN12552 (Serial #)
    w/ loaded magazine and one round chambered
(1) Pro Cal 9mm Magazine (empty)
- An undetermined amount of US currency
(1) FL Drivers License "JASON BENJAMIN"
- Miscellaneous Documents
(1) Black Adidas Duffle Bag containing Narcotics, Heat Sealer, Plastic Baggies

NEF

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/25/19

Executing officer's signature

Rod Barboza / Special Agent
Printed name and title